UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Russell MCCLOUD |
| **Docket Number:** | 2:93CR00338-03 |
| **Offender Address:** | Tracy, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/29/1993 |
| **Original Offense:** | 18 USC 2113 (a) & (d) - Armed Bank Robbery and 18 USC 2 - Aiding and Abetting<br>(CLASS B FELONY) |
| **Original Sentence:** | 97 months custody of the Bureau of Prisons; 60-month term of supervised release; $50 special assessment; $354 restitution. |
| **Special Conditions:** | Submit to search; Not dispose or dissipate assets until restitution is paid in full; Make payments on any unpaid balance of restitution commencing one month after release as determined by the probation officer; Provide probation officer any requested financial information; Not incur new credit charges or open additional lines of credit without approval of probation officer; Participate in a program of testing. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/17/2000 (original release date)<br>09/30/2003 (release date after revocation) |
| **Assistant U.S. Attorney:** | Michelle Rodriguez   **Telephone:** (916) 554-2751 |
| **Defense Attorney:** | Jan David Karowsky   **Telephone:** (916) 447-1134<br>716 19th Street, Suite 100<br>Sacramento, California 95814 |

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

RE: **Russell MC CLOUD**
**Docket Number: 2:93CR00338-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Other Court Action:**

**10/24/2000:** Form 12C Petition filed with the Court alleging the offender violated conditions of supervised release by Failing to Obey All Laws; Failing to Report for Urine Testing; and Traveling Outside the District Without Permission. Warrant issued by Court as the offender was in custody in another district on new state charges.

**12/12/2000:** Bench warrant executed.

**12/15/2000:** Rule 40 Documents received from the Northern District of California.

**01/04/2001:** Initial appearance before Magistrate Judge John F. Moulds. Matter continued to January 5, 2001, for defendant to retain counsel. Offender remained in custody.

**01/05/2001:** Appearance before Magistrate Judge John F. Moulds. Attorney Jan Karowsky appointed. Status hearing set for January 19, 2001, before Your Honor. Offender remained in custody.

**01/19/2001:** The offender admitted to Charges 1 & 3 as noted on the Form 12C Petition filed with the Court on October 24, 2000. Dispositional Hearing scheduled for February 2, 2001.

**02/02/2001:** Sentencing on the violation conduct. Offender ordered to serve 14 months in custody to be followed by 36-months supervised release under the following modified terms of supervised release: Submit to search; Provide the probation officer with access to any requested financial information; Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol; Resolve any outstanding warrants within 30 days of his release from custody.

**RE:     Russell MC CLOUD**
**Docket Number: 2:93CR00338-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

## PETITIONING THE COURT

**( X )   TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**      **Nature of Violation**

**Charge 1:**          **NEW LAW VIOLATION**

On November 5, 2005, the offender was arrested by the Mendocino County Sheriff's Office in Willits, California, after he was found to be operating a motor vehicle containing seven pounds of marijuana (11360 of the California Health and Safety Code) in addition to a loaded Taurus .45 Caliber semi-automatic handgun (12021[a] of the California Penal Code). In violation of the Standard Condition which states, "The defendant shall not commit another federal, state, or local crime."

**Charge 2:**          **TRAVELING OUTSIDE THE DISTRICT WITHOUT PERMISSION**

On November 5, 2005, the offender was arrested by the Mendocino County Sheriff's Office in Willits, California, after he was found to be operating a motor vehicle containing seven pounds of marijuana (11360 of the California Health and Safety Code) in addition to a loaded Taurus .45 Caliber semi-automatic handgun (12021[a] of the California Penal Code). In violation of the Standard Condition Number 1 which states, "The defendant shall not leave the judicial district without permission of the Court or probation officer."

**Justification:** On August 17, 2000, Mr. McCloud began his initial term of supervised release following a 97-month period of incarceration. It is important to note, Mr. McCloud's involvement in the underlying federal offense was that of a "get away driver" who also personally provided a second co-conspirator with a Mac 10 rifle which was used during the commission of the armed bank robbery.

RE: **Russell MC CLOUD**
**Docket Number: 2:93CR00338-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

On February 2, 2001, Mr. McCloud's initial term of supervised release was revoked after he admitted having failed to obey all laws and having traveled outside of the district without permission. Mr. McCloud was ultimately sentenced in Solano County Superior Court Docket Number VCR151588 to four years state prison following his conviction for 2800.2(a) VC - Evading a Peace Officer. As a result of the violations, he was required to serve an additional 14 months in the custody of the Bureau of Prisons followed by a 36-month term of supervised release.

On September 30, 2003, Mr. McCloud began his second term of supervised release. Prior to his participation in his most recently noted violation conduct which occurred on November 5, 2005, Mr. McCloud appeared to be adequately following all of the conditions of his supervision. Specifically, he successfully participated in and ultimately completed the Turning Point Drug and Alcohol Outpatient Treatment Program between November 5, 2003 and August 1, 2004. In addition, from July 26, 2004, until his arrest on November 5, 2005, Mr. McCloud maintained full-time employment as an installer/finisher for the Beutler Heating and Air Corporation earning $12.38 an hour.

However, given the serious nature of the pending violations when considered in conjunction with his prior criminal history and previous adjustment on supervision, it is recommended that a no-bail warrant be issued for his arrest.

**Bail/Detention:** At the present time, Mr. McCloud does represent a flight risk under the provisions of 18 USC 3143. Furthermore, given the serious nature of the pending violation conduct and in an effort to protect the community, it is recommended when the offender is brought before the Court, he be held without bail until the alleged violations of supervised release are resolved. It should be noted, as a result of the previously noted state charges, Mr. McCloud is presently incarcerated at the Mendocino County Jail located in Ukiah, California, with bail set at $80,000.

**RE:** **Russell MC CLOUD**
**Docket Number: 2:93CR00338-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:  January 26, 2006
Modesto, California
PRH/lr

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**
Telephone:  (209) 574-9429

**REVIEWED BY**:  /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

RE: **Russell MC CLOUD**
Docket Number: **2:93CR00338-03**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(X)  The issuance of a warrant     ( )  Bail set at $ __     (X)  No Bail

( )  The issuance of a summons (copy to Defense Counsel).

( )  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( )  Defendant is ordered detained, to be brought before District Judge forthwith.

(X)  Initial appearance and detention hearing before Magistrate Judge.

Dated: February 9, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

cc:  United States Probation
    Michelle Rodriguez, Assistant United States Attorney
    United States Marshal Service

Attachment: Presentence Report    (Sacramento only)

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                    RE:    Russell MCCLOUD
                              Docket Number: 2:93CR00338-03

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:    NEW CHARGES**

        **A.**    **Evidence:**

            (1)    Mendocino County Sheriff's Report Number 1-05-003783, which indicates on November 5, 2005, the offender was arrested in Willits, California after he was found to be operating a motor vehicle containing seven pounds of marijuana and a loaded Taurus .45 Caliber semi-automatic handgun.

            (2)    Mendocino County Superior Court Docket Number MC-WL-CR-CR-05-0068170, which indicates the defendant was formally charged with 11360(a) H&S - Transportation of Marijuana, with Special Allegations of 12022(a)(1) PC and 667.5(b) PC (Count 1), and 12021(a)(1) PC - Possession of a Firearm by a Felon, with a Special Allegation of 667.5(b) PC (Count 3). Status conference scheduled for February 2, 2006.

RE: Russel McCLOUD
Docket Number: 2:93CR00338-003-GEB
**STATEMENT OF EVIDENCE**

    **B.**    **Witnesses:**

        (1)    The investigating Mendocino County Sheriff's Officer for Report Number 1-05-003783, will testify to the circumstances surrounding Mr. McCloud's arrest.

**Charge 2:**    **TRAVELING OUTSIDE THE DISTRICT WITHOUT PERMISSION**

    **A.**    **Evidence:**

        (1)    Mendocino County Sheriff's Report Number 1-05-003783, which indicates on November 5, 2005, the offender was arrested in Willits, California after he was found to be operating a motor vehicle containing seven pounds of marijuana and a loaded Taurus .45 Caliber semi-automatic handgun.

    **B.**    **Witnesses:**

        (1)    The investigating Mendocino County Sheriff's Officer for Report Number 1-05-003783, will testify to the circumstances surrounding Mr. McCloud's arrest; specifically, his location and subsequent apprehension in Willits, California.

        (2)    United States Probation Officer Phil R. Hendley, Jr. will testify that on October 16, 2003, Mr. McCloud was specifically told he could not leave the boundaries of the Eastern District of California without the prior approval of the probation officer or court.

        (3)    United States Probation Officer Phil R. Hendley, Jr. will also testify Mr. McCloud was not given either written or verbal permission to leave the boundaries of the Eastern District of California to travel to Mendocino County (specifically Willits, California) on or before November 5, 2005.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

**DATED:** January 26, 2006
Modesto, California
PRH/lr

**REVIEWED BY**: /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

# REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Russell MCCLOUD          **Docket Number:**  2:93CR00338-03

**Date of original offense:**  07/21/1993

**Original term of supervised release imposed:**  5 **years.**

**Highest grade of violation alleged:**           A

**Criminal History Category of offender:**        III

**Chapter 7 range of imprisonment:**  18 **to** 24 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

  X    **Class B felony - 3 years**

**Violation requires mandatory revocation:  YES:**   X    **NO:**  ___ .

**Original offense committed before 09/13/94:** Court may sentence up to the original term of supervised release, but not exceed the maximum for the classes of offenses noted above. Court must consider but is not bound by Chapter 7 ranges. Court must state on the record the reasons for sentences which exceed Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the re-imposition is limited to the term of supervised release originally imposed, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94:** Title 18 USC 3583 instructs that supervision be revoked upon a finding of possession of a controlled substance. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession." A possession finding requires the imposition of a sentence not less than one-third of the term of supervised release.

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

January 26, 2006
PRH/lr